IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROCHELLE BILAL, ET AL.           :
                                 :        CIVIL ACTION
        v.                       :
                                 :        NO. 14-5438
COLWYN BOROUGH, ET AL.           :

## O R D E R

**AND NOW**, this ___25th___ day of August, 2017, upon consideration of Defendants' Motions to Dismiss (Trevor Parham, Sr. and Jade Hayes, ECF No. 12; Michael Blue, Paul Meuser, Daniel Rutland, Paula Brown, and Bryan Hills, ECF No. 13; Colwyn Borough and Patricia Williams, ECF No. 15), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

A.   Defendants' Motions to Dismiss the federal law claim in Count Four (Race and Gender Discrimination) is **GRANTED** and such claims are **DISMISSED** against all Defendants.

B.   Defendants' Motions to Dismiss state law claims in Counts Eight (Defamation and Injurious Falsehood), Ten (Abuse of Process), Twelve (Deprivation of State Constitutional Rights) and Thirteen (Pennsylvania Constitution Art. I, sec. 11) are **GRANTED** and such claims are **DISMISSED** against all Defendants.

C.   Defendant Patricia Williams' Motion to Dismiss Counts One (Unreasonable Search and Seizure), Seven (Supervisor Liability), and Nine (Wrongful Use

and/or Malicious Prosecution) is **GRANTED** and such claims are **DISMISSED** against Defendant Williams.

D. Defendants' Motions to Dismiss any Section 1985 and 1986 claims asserted under Count Five (Conspiracy to Deprive Civil Rights) is **GRANTED** and such claims are **DISMISSED** against all Defendants.

E. Defendants' Motions as to all remaining Counts and claims, including any Section 1983 claims asserted under Count Five (Conspiracy to Deprive Civil Rights), are **DENIED**.

**IT IS SO ORDERED.**

                                      **BY THE COURT:**

                                      _____
                                      **R. BARCLAY SURRICK, J.**