IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROCHELLE BILAL & | : | |
| WANDA DAVIS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-5438 |
| COLWYN BOROUGH, | : | |
| PAUL MEUSER, | : | |
| DANIEL RUTLAND, | : | |
| PAULA BROWN, | : | |
| BRYAN HILLS, | : | |
| PATRICIA WILLIAMS, | : | |
| MICHAEL BLUE, | : | |
| TREVOR T. PARHAM, SR., and | : | |
| JADE T. HAYES. | : | |

**O R D E R**

**AND NOW**, this __28th__ day of __September__, 2017, it is **ORDERED** that the

above-captioned case is referred to Magistrate Judge Lynne A. Sitarski for a settlement

conference on Thursday, November 2, 2017 at 9:30 a.m.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**