IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROCHELLE BILAL              :
WANDA DAVIS              :
                              :       CIVIL ACTION
            v.                :
                              :       NO. 14-5438
COLWYN BOROUGH,         :
PAUL MEUSER,             :
DANIEL RUTLAND,        :
PAULA BROWN,           :
BRYAN HILLS,             :
PATRICIA WILLIAMS,      :
MICHAEL BLUE,           :
TREVOR T. PARHAM, SR., and  :
JADE T. HAYES.           :


**O R D E R**


     **AND NOW, TO WIT:** This __13th__ day of __February__, 2018, it having been

reported that the above captioned action has been settled and upon Order of the Court pursuant to

the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41.1(b) of the Local

Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is

**DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                     **KATE BARKMAN,** Clerk of Court


                     **BY:**  **/s/ Donna Donohue Marley**
                           Civil Deputy Clerk to Judge Surrick


Emailed:  2/13/18

B. Puricelli, Esquire             J. Dodd-O, Esquire
V. Booker, Esquire               D. MacMain, Esquire
S. McDonough, Esquire         N. Freiler, Esquire
G. Kunkle, Esquire               T. Martin, Esquire